**Order entered January 25, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00505-CV

_____

**JACK C. OGG, WILLIAM BOLTON, AND BOLTON MANAGEMENT TRUST, Appellants**

**V.**

**2229 SAN FELIPE, LLC AND GILBANE BUILDING COMPANY, Appellees**

On Appeal from the 129th District Court
Harris County, Texas
Trial Court Case No. 2016-26744

## MEMORANDUM ORDER

Appellants William Bolton and Bolton Management Trust have filed a motion to dismiss their appeal. The motion is **granted.**

The appeal of appellants William Bolton and Bolton Management Trust is **dismissed.** The appeal of appellant Jack C. Ogg will continue. This interlocutory order will become final when a judgment is issued in this cause number.

It is so **ORDERED.**

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Caughey.